IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| David Chastain, | ) | Case No. 05-40533-BGC-13 |
| Debtor. | ) | |
| David Chastain, | ) | |
| Plaintiff, | ) | |
| vs. | ) | A. P. No.: 05-40176 |
| Richard Betts, Department Head of Domestic Relations; | ) | |
| Frank Goshorn, a caseworker for the Department of Domestic Relations; | ) | |
| and | ) | |
| Shirley Barrick, | ) | |
| Defendants. | ) | |

**ORDER**

In conformity with and pursuant to the Memorandum Opinion entered contemporaneously herewith, it is **ORDERED, ADJUDGED AND DECREED** that:

1. The Complaint Violation of the Automatic Stay is **DENIED**;

2. This order is a written opinion for purposes of the E-Government Act, Pub. L. No. 107-347.

Dated: February 14, 2006        /s/Benjamin Cohen
                                BENJAMIN COHEN
                                United States Bankruptcy Judge

xc:  Thomas Semmes, attorney
     Derek R. Clepper, attorney
     Linda Gore, Chapter 13 trustee